UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEXARK, INC., a California corporation d/b/a SABRENT,<br><br>Defendant. | No. _____<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW DataPro International, Inc., by and through its attorneys Meltzer Grant LLC, and alleges as follows:

**PARTIES**

1.  Plaintiff DataPro International, Inc. ("DataPro") is a Delaware Corporation with a principal place of business at 1144 NW 52nd St, Seattle, WA 98107.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 1

2. Upon information and belief, Defendant Nexark, Inc. d/b/a Sabrent ("Sabrent") is a California corporation with its principal place of business at 238 S. Mission Road, Los Angeles, CA 90033.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunctive relief for copyright infringement, for willful copyright infringement, for falsification of copyright management information, and for removal or alteration of copyright management information.

4. The Court has original subject matter jurisdiction over this action pursuant to the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. § 1331 (federal question).

5. The Court has personal jurisdiction over the Defendant, who has sufficiently continuous, systematic, and routine contacts with Washington to establish such jurisdiction, by marketing, selling, and distributing their products to distributors and consumers in Washington, and by copying DataPro materials that reside in Washington.

6. Venue in Federal District Court for the Western District of Washington is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of Defendant's wrongful acts alleged herein occurred in and caused injury to DataPro in Washington.

## BACKGROUND

7. Plaintiff DataPro is in the business of manufacturing and selling data cable products, connectors, and related accessories. To promote its products and services, DataPro maintains a detailed website containing text, graphics, and photographs at www.DataPro.net. The DataPro website was created and is maintained in Seattle, WA.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 2

8. The DataPro website is protected under United States copyright law. DataPro has a registered copyright in its website with the United States Copyright Office. It received copyright certificate # TXu 1-596-528, effective October 24, 2008 (the "DataPro Web Pages Copyright"). A true and correct copy of this certificate is attached to this Complaint as Exhibit A. A Representative sample of the materials covered by the DataPro Web Pages Copyright is attached to this Complaint as Exhibit B.

9. The DataPro website contains a copyright notice on each page, which states "© 1995-2012 DataPro International Inc." Aside from the appropriate adjustments to the range of years, this copyright notice has been present since DataPro created the first version of its website in 1995.

10. In addition to this copyright notice, the pages on the DataPro website featuring material registered under the DataPro Web Pages Copyright display a separate notice: "Written by Anthony van Winkle for DataPro International Inc. Unauthorized duplication strictly prohibited."

11. Upon information and belief, Sabrent is a competitor business to DataPro that also sells data cable products, connectors, and accessories.

12. On or around February 24, 2012, DataPro discovered that Directron.com, an online "Computer Super Store" based in Houston, was using substantial material from the DataPro Web Pages Copyright on its web page www.directron.com/usbexc2.html.

13. Correspondence from Directron.com to DataPro on March 7, 2012, disclosed that "the text in question was a simple copy from the manufacturer, Sabrent's website."

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 3

Meltzer Grant LLC
107 SE Washington St. #410
Portland, OR 97214
503-345-6912

14. Upon information and belief, Sabrent, without authorization, was using substantial material from the DataPro Web Pages Copyright in order to sell its competing products on its web pages.

15. DataPro, through investigation, further discovered that Sabrent had distributed substantial material from the DataPro Web Pages Copyright, without authorization, to numerous vendors online, including some of America's largest online retailers, such as Amazon.com, Walmart.com, and BarnesandNoble.com.

16. DataPro first sent formal written notice of copyright infringement to Sabrent on April 18, 2012, to which Sabrent did not respond.

17. DataPro sent further correspondence concerning the DataPro Web Pages Copyright to Sabrent on June 18, 2012.

18. On June 25, 2012, a representative from Sabrent telephoned DataPro, apologized for the infringement, and requested a list of violations from DataPro's investigations so that Sabrent could remove the infringing materials.

19. DataPro provided this list to Sabrent on July 3, 2012.

20. Although Sabrent purported to remedy its infringement, many of the websites to which Sabrent distributed the material continue to display substantial material from the DataPro Web Pages Copyright as provided by Sabrent.

**FIRST CAUSE OF ACTION—COPYRIGHT INFRINGEMENT OF THE DATAPRO WEB PAGES COPYRIGHT**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 4

21. Plaintiff DataPro incorporates paragraphs 1 through 20 above, as though fully set forth herein.

22. DataPro holds a valid and exclusive copyright to the work known as the DataPro Web Pages that is a subject of this action and that is evidenced by its copyright registration certificate.

23. As set forth above, without authorization from DataPro and despite copyright notice on the DataPro Web Pages, Defendant willfully copied substantial portions of the DataPro Web Pages, displayed that copy to the public through its website, and distributed that copy to its customers.

24. The actions and conduct by Defendant as described above infringe upon DataPro's exclusive rights granted under 17 U.S.C. § 106 to reproduce, display, make derivative works from, and distribute its copyrighted work to the public.

25. Such actions and conduct constitute copyright infringement under 17 U.S.C. § 501.

26. As a result of the copyright infringement described above, DataPro is entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

**SECOND CAUSE OF ACTION—REMOVAL OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION FOR THE DATAPRO WEB PAGES COPYRIGHT**

27. Plaintiff DataPro incorporates paragraphs 1 through 26 above, as though fully set forth herein.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 5

28. Although DataPro conveyed Copyright Management Information ("CMI") in connection with its own copies of the DataPro Web Pages, Sabrent intentionally removed or altered this CMI from Sabrent's copies of the DataPro Web Pages without authority of DataPro.

29. Sabrent distributed copies of the CMI to its customers knowing that the CMI had been removed or altered without authority of DataPro.

30. Sabrent distributed copies of the DataPro Web Pages to its customers knowing that the CMI had been removed or altered without authority of DataPro.

31. Sabrent took the actions alleged in paragraphs 28–30 knowing, or having reasonable grounds to know, that its actions will induce, enable, facilitate or conceal infringement.

32. Such actions and conduct constitute the removal or alteration of copyright management information under 17 U.S.C. § 1202(b).

33. As a result of the removal or alteration of CMI as described above, DataPro is entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## THIRD CAUSE OF ACTION—FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION FOR THE DATAPRO WEB PAGES COPYRIGHT

34. Plaintiff DataPro incorporates paragraphs 1 through 33 above, as though fully set forth herein.

35. Upon information and belief, during Sabrent's own use of substantial portions of the DataPro Web Pages, Sabrent's web page www.sabrent.com/category/mac-

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 6

compatible/USB-EXC2 displayed the copyright notice "Copyright © 1996-2011 Sabrent - All Rights Reserved."

36. Upon information and belief, during Sabrent's own use of substantial portions of the DataPro Web Pages, Sabrent's web page www.sabrent.com/category/mac-compatible/CB-USBXT displayed the copyright notice "Copyright © 1996-2011 Sabrent - All Rights Reserved."

37. Upon information and belief, Sabrent distributed false CMI to its customers.

38. By placing its own copyright notice on the unauthorized copies of the DataPro Web Pages that Sabrent displayed on its website, Defendant knowingly provided and distributed to its customers false copyright management information with the intent to enable, facilitate, or conceal infringement.

39. Such actions and conduct constitute the falsification of copyright management information under 17 U.S.C. § 1202(a).

40. As a result of the falsification of copyright management information as described above, DataPro is entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## **PRAYER FOR RELIEF**

WHEREFORE, DataPro prays for the following relief:

A. On the First Cause of Action, for an award of Defendant' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $750 or more than $30,000 per copy pursuant to 17 U.S.C. § 504(c)(1). Alternatively, for an award of up to $150,000 upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2). And for an order permanently enjoining Defendant from infringing Plaintiff's copyrighted website

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 7
Meltzer Grant LLC
107 SE Washington St. #410
Portland, OR 97214
503-345-6912

1  pursuant to 17 U.S.C. § 502 and for an award of costs and attorneys' fees pursuant to 17 U.S.C. §
2  505.
3      B.      On the Second Cause of Action, for an award of Defendant' profits and for
4  actual damages in such amount as may be found, or for statutory damages of not less than
5
6  $2,500 or more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an
7  order permanently enjoining Defendant from removing or altering Plaintiff's copyright
8  management information pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and
9  attorneys' fees pursuant to 17 U.S.C. §§ 1203(b)(4)-(5).
10
11     C.      On the Third Cause of Action, for an award of Defendant' profits and for actual
12 damages in such amount as may be found, or for statutory damages of not less than $2,500 or
13 more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an order
14 permanently enjoining Defendant from falsifying copyright management information
15
16 pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and attorneys' fees pursuant to 17
17 U.S.C. §§ 1203(b)(4)-(5).
18     D.      For prejudgment interest on the amount of the award to Plaintiff;
19     E.      And for such other and further relief as the Court deems equitable, proper, and
20 just.
21
22
23
24
25 [Signature page follows]
26
27 COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 8

1  DATED: October 23, 2012

3                               MELTZER GRANT LLC

4                               by /s/ Eric S. Meltzer
5                               Eric S. Meltzer, WSBA #40203
                                John E. Grant, III WSBA #39539
6                               Attorneys for DataPro International, Inc.
                                T: 503-345-6912
7                               F: 503-345-6912
8                               E: eric@meltzergrant.com
                                E: john@meltzergrant.com

27 COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 9

EXHIBIT A

COPYRIGHT CERTIFICATE TXu 1-596-528

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - EXHIBITS

Meltzer Grant LLC
107 SE Washington St. #410
Portland, OR 97214
503-345-6912

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-596-528**

**Effective date of registration:**

October 24, 2008

## Title
**Title of Work:** DataPro Web Pages

## Completion/Publication
**Year of Completion:** 2008

## Author
- **Author:** DataPro International Inc.
- **Author Created:** text, photograph(s), compilation, editing, artwork
- **Work made for hire:** Yes
- **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** DataPro International Inc.
1144 NW 52nd St., Seattle, WA, 98107, United States

## Rights and Permissions
- **Organization Name:** DataPro International inc.
- **Name:** To whom it may concern
- **Email:** info@datapro.net  **Telephone:** 206-782-5259
- **Address:** 1144 NW 52nd Street
  Seattle, WA 98107 United States

## Certification
- **Name:** Michael Williams
- **Date:** October 23, 2008

Page 1 of 2

**Copyright Office notes:**  Regarding author information: Original application gave the author created statement as: text, photograph(s), compilation, editing, computer program, artwork; deposit consists of text, photograph(s), compilation, editing, artwork only

EXHIBIT B

REPRESENTATIVE SAMPLE OF DATAPRO WEB PAGES

# DataPro

🛒CART   ORDERS   HOME   CATALOG   HELP   CONTACT

*Product Search*

[ Search ]

*Quick-Link Catalog*

Face Plates
Panel-Mount Cables

USB & FireWire
Video Cables
Video Electronics
Keyboard & Mouse

Networking
Fiber Optic
Wireless Products

SCSI
Serial & Parallel
Manual Switches
Other Data Cables

Audio Cables
Power Cables
Server Racks

Clearance & Specials

## All About DVI

DataPro Tech Info > All About DVI

[ Search ]

### A Complete Guide to the Digital Video Interface



- What is DVI?
- What are the DVI Formats?
- What are single and dual links?
- How far does DVI go?
- How do I know which cable to use?
- How to recognize a DVI Cable
- List of DataPro DVI Products

> Not sure what cable you need?
> We have a DVI cable guide!

## WHAT IS DVI ?

DVI stands for (**D**)igital (**V**)ideo (**I**)nterface.

DVI is a popular form of video interface technology made to maximize the quality of flat panel LCD monitors and modern video graphics cards. It was a replacement for the short-lived P&D Plug & Display standard, and a step up from the digital-only DFP format for older flat panels. DVI cables are very popular with video card manufacturers, and most cards nowadays include one or two DVI output ports.

In addition to being used as the standard computer interface, the DVI standard was, for a short while, the digital transfer method of choice for HDTVs and other high-end video displays for TV, movies, and DVDs. Likewise, even a few top-end DVD players have featured DVI outputs in addition to the high-quality analog Component Video. The digital market has now settled on the HDMI interface for high-definition media delivery, and DVI more exclusive to the computer market.

## WHAT ARE THE DVI FORMATS ?

There are three types of DVI connections: DVI-Digital, DVI-Analog, and DVI-Integrated

**DVI-D - True Digital Video**



> If you are connecting a DVI computer to a DVI monitor, **this is the cable you want**.

*DVI-D cables* are used for direct digital connections between source video (namely, video cards) and LCD monitors. This provides a faster, higher-quality image than with analog, due to the nature of the digital format. All video cards initially produce a digital video signal, which is converted into analog at the VGA output. The analog signal travels to the monitor and is re-converted to a digital signal. DVI-D eliminates the analog conversion process and improves the connection between source and display.

### DVI-A - High-Res Analog



If you are connecting a DVI computer to a VGA monitor, **this is the cable you want**.

DVI-A are used to carry a DVI signal to an analog display, such as a CRT monitor or budget LCD. The most common use of DVI-A is connecting to a VGA device, since DVI-A and VGA carry the same signal. There is some quality loss involved in the digital to analog conversion, which is why a digital signal is recommended whenever possible.

see all DVI-A cables

### DVI-I - The Best of Both Worlds



DVI-I cables are integrated cables which are capable of transmitting either a digital-to-digital signal or an analog-to-analog signal. This makes it a more versatile cable, being usable in either digital or analog situations.

Like any other format, DVI digital and analog formats are non-interchangeable. This means that a DVI-D cable will not work on an analog system, nor a DVI-A on a digital system. To connect an analog source to a digital display, you'll need a VGA to DVI-D electronic convertor. To connect a digital output to an analog monitor, you'll need to use a DVI-D to VGA convertor (currently unavailable).

see all DVI-I cables

## WHAT ARE SINGLE AND DUAL LINKS ?

The Digital formats are available in DVI-D Single-Link and Dual-Link as well as DVI-I Single-Link and Dual-Link format connectors. These DVI cables send information using a digital information format called TMDS (transition minimized differential signaling). Single link cables use one TMDS 165Mhz transmitter, while dual links use two. The dual link DVI pins effectively double the power of transmission and provide an increase of speed and signal quality; i.e. a DVI single link 60-Hz LCD can display a resolution of 1920 x 1200, while a DVI dual link can display a resolution of 2560 x 1600.

## HOW FAR IS THE DVI MAXIMUM LENGTH?

The official DVI specification mandates that all DVI equipment must maintain a signal at 5 meters (16 feet) in length. But many manufacturers are putting out much stronger cards and bigger monitors, so the maximum length possible is never exact.

Although the mandated DVI spec is 5 meters, we do carry cables up to 25 feet, and have succesfully extended them even longer than that (although results do vary depending on hardware). For guaranteed signal quality on long runs, you should consider using a powered DVI signal booster.

There is a common misconception regarding digital video cables, which is the belief that an "all digital" signal is an either-or result: either the cable works, or it doesn't. In reality, while there is no signal degredation in digital video like there is with analog, cable quality and length can make a difference in your picture.

When a DVI run is unstable, you may see artifacts and "sparkling" pixels on your display; further degredation tends to flicker out or shake, and the ultimate sign of loss is a blank display. In-house tests on varying equipment have produced strong signals up to 9 and 10 meters long. Tests at 12 meters generally resulted in signal noise and an unusuable image on the display, and anything longer rendered no image at all.

Keep in mind that when using DVI-I cables at extensive lengths, you may not be seeing a digitally-clear image on your screen. Because analog has a much longer run, your display may auto-switch once the digital signal is too weak. For this reason, long runs are best done with VGA (for analog) or HDMI (for digital). If you have no option other than DVI, make sure you're getting

the best image by using DVI-D cables and verifing that your display is set to digital input.

## HOW DO I KNOW WHICH CABLE TO USE?

Determining which type of DVI cable to use for your products is critical in getting the right cable the first time. Check both of the female DVI plugs to determine what signals they are compatible with.

- If one or both connections are DVI-D, you need a DVI-D cable.
- If one or both connections are DVI-A, you need a DVI-A cable.
- If one connection is DVI and the other is VGA, **and** the DVI is analog-compatible, you need a DVI to VGA cable or a DVI/VGA adaptor.
- If both connections are DVI-I, you may use any DVI cable, but a DVI-I cable is recommended.
- If one connection is analog and the other connection is digital, there is no way to connect them with a single cable. You'll have to use an electronic converter box, such as our analog VGA to digital DVI/HDMI converter.

If you still have questions, look at our **DVI cable guide** for an easy-to-use chart to help you find the right cable for you.

## HOW TO RECOGNIZE A DVI CABLE

There are two variables in every DVI connector, and each represents one characteristic.

The flat pin on one side denotes whether the cable is digital or analog:

- A flat pin with four surrounding pins is either DVI-I or DVI-A
- A flat pin alone denotes DVI-D

The pinsets vary depending on whether the cable is single-link, dual-link, or analog:
- Two separated 9-pin sets (rows of 6) for a single-link cable
- A solid 24-pin set (rows of 8) for a dual-link cable
- A separated 8-pin and 4-pin set is for DVI-A.

# DVI Connector Guide

**DVI-D Single Link**
Digital Only



*Two sets of nine pins, and a solitary flat blade*

**DVI-A**
Analog Only



*One set of eight pins and one set of four pins, with four contacts around the blade*

**DVI-I Single Link**
Digital & Analog



*Two sets of nine pins and four contacts around the blade*

**DVI-D Dual Link**
Digital Only



*Three rows of eight pins and a solitary flat blade*

**DVI-I Dual Link**
Digital & Analog



*Three rows of eight pins and four contacts around the blade*

List of DataPro DVI Cables:

    1141    DVI-D Single Digital Video Cable - for simple computer/monitor setups
    1142    DVI-D Dual Digital Video Cable - the most DVI cable for most applications
    1149    DVI-D Dual Digital Video Extension Cable - for a longer DVI connection

    1143    DVI-I Panelmount Extension Cable - for installing a DVI port on a plate or bulkhead

    1145    DVI-I Analog to VGA/SVGA Video Cable -for connecting a DVI computer to a VGA monitor
    1145-A    DVI Analog Male to VGA Female Adaptor - for converting a DVI port into a VGA port
    1145-B    DVI Analog Female to VGA Male Adaptor - for converting a VGA port into a DVI port

    1146    DVI-A Analog Video Cable - for analog-only signals over a DVI connector

    1148    DVI-I Dual Digital & Analog - for dual digital/analog data capabilities
    1140    DVI-I DIG/ANA Extension Cable (M/F) - for extending both digital and analog signals

Written by Anthony van Winkle for DataPro International Inc.
Unauthorized duplication strictly prohibited.

*© 1986-2012 DataPro International Inc*